IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. 08-0225-KD |
| v. | ) | |
| | ) | CIVIL ACTION NO. 10-0620-KD-N |
| BURGESS LEE BURGESS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

ORDER

On June 15, 2011, this court entered an order (doc. 154) indicating that it would hold an evidentiary hearing on one of petitioner's habeas claims and attempting to determine whether defendant was financially-eligible for appointed counsel. On July 5, 2011, petitioner Burgess filed an Objection (doc. 155) and a Memorandum in Support of Motion for Reconsideration (doc. 156).[1] It is clear from both filings that petitioner's fundamental misunderstanding of the order is the basis for the motion and/or objection. Upon consideration, and for the reasons set out below, petitioner's Motion for Reconsideration is due to be DENIED.

Contrary to petitioner's assertions, finding that one claim warrants an evidentiary hearing is not effectively equivalent to an order denying the remaining claims. In fact, no determination of the merits of any claims has been made. The court's order merely holds that petitioner should be allowed to offer additional evidence in support of one claim. The court has not made any determinations on the other claims raised by petitioner. The issues raised have been fully briefed and they remain pending before the court. There is no denial of relief or other adverse order for the court to reconsider.

---

[1] The memorandum was docketed as a motion, though it would appear that perhaps the "objection" was intended to be a motion for reconsideration.

Accordingly, it is hereby ORDERED that petitioner's Motion for Reconsideration is DENIED. On or before **July 29, 2011,** petitioner may hire an attorney to represent him at the evidentiary hearing **or** complete and file a Motion for Leave to Proceed In Forma Pauperis demonstrating his indigence. The Clerk is DIRECTED to forward another copy of this court's IFP form to petitioner with a copy of this order.

DONE this the 13<u>th</u> day of July, 2011.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE**